IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK L. SHERMAN
ADC #96304                                                                                      PLAINTIFF

V.                                      5:09CV00382 BSM/JTR

HAZEL M. JACKSON, Records Officer,
Maximum Security Unit, et al.                                                          DEFENDANTS

## ORDER

The court has received the recommended disposition from United States Magistrate Judge J. Thomas Ray. No objections have been filed. After carefully reviewing the recomended disposition and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's claims are DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, it is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE