IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK L. SHERMAN
ADC #96304                                                                                          PLAINTIFF

V.                                      5:09CV00382 BSM/JTR

HAZEL M. JACKSON, Records Officer,
Maximum Security Unit, et al.                                                      DEFENDANTS

## JUDGMENT

Consistent with the order entered today this case is DISMISSED, WITHOUT PREJUDICE. Further, pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 2nd day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE